**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -

    Brian R. Callahan

           Defendant.

-------------------------------------------------------X

[X]   **WAIVER OF SPEEDY TRIAL**
[ ]   **ORDER OF EXCLUDABLE DELAY**

CR-13-453-01 (ADS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 01 2013  ★

LONG ISLAND OFFICE

It is hereby stipulated that the time period from ___8/1/2013___ to ___9/13/2013___ be excluded in computing the time within which trial of the charges against the Defendant must commence.

The parties agree to the exclusion of the foregoing period for the purposes of:

[X]   engagement in continuing plea negotiations; and/or

[ ]   arrangement for an examination of the Defendant pursuant to 18 U.S.C. § 4241 regarding mental or physical capacity; and/or

[X]   discovery review

Accordingly, the parties request the Court to approve this exclusion from Speedy Trial computations.

--------------------------------------------------------------------------------

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the United States Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161–74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50(b) of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney

--------------------------------------------------------------------------------

The Court approves this Speedy Trial Waiver and finds that this action serves the ends of justice and outweighs the best interest of the public and the Defendant in a speedy trial.

**SO ORDERED**

Dated: ___8/1/2013___
        Central Islip, NY 11722

/s/ A. Kathleen Tomlinson
_____
A. Kathleen Tomlinson
UNITED STATES MAGISTRATE JUDGE