UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

BRIAN CALLAHAN,

        Defendant.
-----------------------------------------------------------X

ORDER

CR-14-0453-1 (ADS)

The above named defendant pleaded guilty before **United States Magistrate Judge A. KATHLEEN TOMLINSON** on April 29, 2014 and, upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

The Court hereby accepts the guilty plea recommendation of Magistrate Judge Wall.

Dated: April 29, 2014

                                            s/ Arthur D. Spatt

                                    HONORABLE ARTHUR D. SPATT, U.S.D.J.

[Filed stamp: FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ APR 29 2014 ★ LONG ISLAND OFFICE]