FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 29 2014 ★

LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE: A. KATHLEEN TOMLINSON U.S.M.J.**

**DATE:** 4-28-2014      **TIME:** 2:17 p.m.      **TIME IN COURT:** 31 min.

**DOCKET NUMBER:** CR-13-453-ADS-AKT      **TITLE:** USA v. Callahan et al.

**DEFT NAME:** Brian R. Callahan (sworn)   **DEFT:** #1
_X_ PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   _X_ ON BAIL

**ATTY FOR DEFT:** Robert Knuts, Michael Tremonte
_X_ RETAINED   ___ C.J.A.   ___ FED. DEF. OF NY, INC.
_X_ PRESENT   ___ NOT PRESENT

**A.U.S.A.:** Christopher Caffarone, Winston M. Paes

**COURTROOM DEPUTY:** Mary Ryan

**FTR:** 2:17-2:48      **INTERPRETER:** N/A (sworn) - Language-

_X_  CASE CALLED.

_X_  COUNSEL FOR ALL SIDES PRESENT.

_X_  DEFT. STATES HIS TRUE NAME TO BE Brian Raymond Callahan.

_X_  DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT(s) 4 and 11 OF THE INDICTMENT.

_X_  COURT FINDS A FACTUAL BASIS FOR THE PLEA AND RECOMMENDS THE PLEA OF GUILTY BE ACCEPTED BY THE DISTRICT COURT.

_X_  SENTENCE DATE set for 8/8/2014 at 9:30 a.m. before District Judge Arthur D. Spatt.

_X_  PROBATION NOTIFICATION FORM completed by parties and given to defendant's attorney with instructions to return to Probation Department following proceeding.

_X_  DEFENDANT CONTINUED ON BAIL.

_X_  OTHER: Referral order received by Judge Spatt. Parties consent to proceed before Magistrate Judge on record. Transcript of proceeding ordered for District Judge Spatt.