

One World Financial Center
27th Floor
New York, NY 10281
(212) 796-6330

1101 17th Street, NW
Suite 1006
Washington, DC 20036
(202) 470-0330

www.morvillolaw.com

212-796-6344
emurphy@morvillolaw.com

December 12, 2014

**Via ECF and Overnight Mail**
Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Brian R. Callahan et al., 13-CR-0453 (ADS)

Dear Judge Spatt:

      This firm represents defendant Brian R. Callahan in the above captioned matter. I write to respectfully request a modification of the conditions of Mr. Callahan's pretrial release.

      One of the conditions of Mr. Callahan's release restricts his travel to the Southern and Eastern Districts of New York and the District of Connecticut. We respectfully request that the Court modify this condition to permit Mr. Callahan to travel to Florida from December 19 through December 23 with his family to visit other relatives for the holidays.

      I have spoken with Assistant United States Attorney Christopher Caffarone and U.S. Pretrial Services Officer Robert Stehle about this request and they have both informed me that they have no objection.

      Respectfully submitted,

      *Ellen M. Murphy*

      Ellen M. Murphy

cc:    AUSA Christopher Caffarone (*via ECF and email*)
       PTO Robert Stehle (*via email*)
       Andrew Frisch, Esq. (*via ECF and email* )