THE LAW OFFICES OF
# ANDREW J. FRISCH

40 FULTON STREET  
23rd FLOOR  
NEW YORK, NEW YORK 10038

(212) 285-8000  
FAX: (646) 304-0352

WWW.ANDREWFRISCH.COM

May 28, 2015

**BY ECF**

The Honorable Arthur D. Spatt  
United States District Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

      Re: United States v. Adam Manson,  
           Criminal Docket Number 13-453 (ADS)

Dear Judge Spatt:

      I am writing to request an adjournment of Mr. Manson's sentencing proceeding. The reason for the adjournment is that to date, the Pre-Sentence Report has not yet been distributed to the parties. In order to accommodate my trial schedule, and after consulting with Your Honor's Deputy and the Government, I respectfully request that Mr. Manson's sentencing be adjourned to October 2, 2015 at 12:00 p.m. Thank you for your consideration.

                                    Respectfully submitted,

                                      /s  
                                    Andrew J. Frisch

Cc:    All counsel by ECF