

One World Financial Center
27th Floor
New York, NY 10281
(212) 796-6330



**MORVILLO LLP**

1101 17th Street, NW
Suite 1006
Washington, DC 20036
(202) 470-0330

www.morvillolaw.com

WRITER'S CONTACT INFORMATION
ELLEN M. MURPHY
(212) 796-6344
emurphy@morvillolaw.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 28 2015 ★
LONG ISLAND OFFICE

May 28, 2015

**VIA ECF and FAX**

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     Re:    <u>United States v. Brian Callahan, 13-CR-453 (ADS)</u>

Dear Judge Spatt:

     As may recall, this firm represents Brian Callahan in the above referenced matter. I am writing to request an adjournment of Mr. Callahan's sentencing proceeding, which is currently scheduled for May 29, 2015 at 10:00 a.m.

     We are seeking this adjournment because the Presentence Report has not yet been issued to the parties. After consulting with Your Honor's Deputy and the Government, we respectfully request that Mr. Callahan's sentencing be adjourned to October 2, 2015 at 10:00 a.m.

     Thank you for your consideration of this matter.

*Application Granted.*

Respectfully submitted,

Ellen M. Murphy

cc:    All counsel of Record (*via ECF*)

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.

s/ Arthur D. Spatt
U.S.D.J. , 5/28/15