THE LAW OFFICES OF
# ANDREW J. FRISCH

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038

(212) 285-8000
FAX: (646) 304-0352

WWW.ANDREWFRISCH.COM

May 28, 2015

**BY ECF**

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 28 2015 ★

LONG ISLAND OFFICE

Re: United States v. Adam Manson,
    Criminal Docket Number 13-453 (ADS)

Dear Judge Spatt:

I am writing to request an adjournment of Mr. Manson's sentencing proceeding. The reason for the adjournment is that to date, the Pre-Sentence Report has not yet been distributed to the parties. In order to accommodate my trial schedule, and after consulting with Your Honor's Deputy and the Government, I respectfully request that Mr. Manson's sentencing be adjourned to October 2, 2015 at 11:00 a.m. Thank you for your consideration.

*Application Granted.*

Respectfully submitted,

/s
Andrew J. Frisch

Cc:   All counsel by ECF

s/ Arthur D. Spatt
U.S.D.J.         5/28/15

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**