

One World Financial Center
27th Floor
New York, NY 10281
(212) 796-6330

**MORVILLO LLP**

1101 17th Street, NW
Suite 1006
Washington, DC 20036
(202) 470-0330

www.morvillolaw.com

WRITER'S CONTACT INFORMATION
212-796-6344
emurphy@morvillolaw.com

July 29, 2015

**Via ECF and Overnight Mail**
Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
U.S. ... OFFICE
E.D.N.Y.
★  JUL 29 2015  ★
LONG ISLAND OFFICE

Re:  United States v. Brian R. Callahan et al., 13-CR-0453 (ADS)

Dear Judge Spatt:

This firm represents defendant Brian R. Callahan in the above-captioned matter. I write to respectfully request a modification of the conditions of Mr. Callahan's pretrial release.

One of the conditions of Mr. Callahan's release restricts his travel to the Southern and Eastern Districts of New York and the District of Connecticut. We respectfully request that the Court modify this condition to permit Mr. Callahan to travel with his wife and children to Cambridge, Maryland from Tuesday, August 4, through and including Saturday, August 8.

I have spoken with Assistant United States Attorney Winston Paes and U.S. Pretrial Services Officers Robert Stehle and Arthur Bobyak and have been informed that they have no objection to the request.

Respectfully submitted,

*Ellen M. Murphy*

Ellen M. Murphy

cc:  AUSA Christopher Caffarone (*via ECF and email*)
AUSA Winston Paes (*via ECF and email*)
PTO Robert Stehle (*via email*)
PTO Arthur Bobyak (*via email*)
Andrew Frisch, Esq. (*via ECF and email*)

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.

**SO ORDERED**
s/ Arthur D. Spatt
**ARTHUR D. SPATT, U.S. District Judge**
DATED: 7/29/15